# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| K.A., by and through her Next Friend B.W. individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHILDREN'S MERCY HOSPITAL,<br><br>Defendant. | Case No. 18-00675-CV-W-ODS |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT WITH MEMORANDUM IN SUPPORT

COMES NOW Plaintiff K.A., by and through her next friend B.W., and, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves for leave of Court to file a Second Amended Class Action Complaint, a draft copy of which is attached hereto as Exhibit A. In support of this Motion, Plaintiff states as follows:

1. This case was removed to this Court by Defendant on August 24, 2018 (Doc. 1).

2. On January 4, 2019, with leave of Court (*see* Doc. 13), Plaintiff filed her First Amended Class Action Complaint (Doc. 15).

3. On January 18, 2019, Defendant filed its Motion to Dismiss Amended Complaint (Doc. 16)

4. On May 17, 2019 this Court entered its Order and Opinion Granting in Part and Denying in Part Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (Doc. 32).

5. Pursuant to that Order, Plaintiff's deadline to file a motion for leave to amend is today, June 7, 2019 (*See* Doc. 32).

1

6. Plaintiff's proposed Second Amended Complaint removes Count III, her claim for Breach of Contract, based on the Court's May 17, 2019 Order and Opinion.

7. Plaintiff's proposed Second Amended Complaint also contains other changes, including some based on the Court's May 17, 2019 Order and Opinion, and also, in part, including references to federal rules and statutes, but does not assert any new counts.

8. Pursuant to Fed. R. Civ. P. 15(a)(2), a plaintiff may amend her pleading after obtaining written consent from the opposing party or after obtaining leave from the Court. "The Court should freely give leave when justice so requires." *Id.*

9. Counsel for Plaintiff has conferred with counsel for Defendant, who has advised counsel for Plaintiff that Defendant has no objection to Plaintiff's filing of the proposed Second Amended Class Action Complaint.

DATE: June 7, 2019                             Respectfully submitted,

                                               By: /s/*Brandon L. Corl*
                                               Anne Schiavone, MO Bar No. 49349
                                               Brandon Corl, MO Bar No. 58725
                                               Wade A. Schilling, MO Bar No. 67235
                                               HOLMAN SCHIAVONE, LLC
                                               4600 Madison Avenue, Suite 810
                                               Kansas City, Missouri 64112
                                               Telephone: 816.283.8738
                                               Facsimile: 816.283.8739
                                               aschiavone@hslawllc.com
                                               bcorl@hslawllc.com
                                               wschilling@hslawllc.com

                                               Maureen M. Brady, MO Bar No. 57800
                                               Lucy McShane, MO Bar No. 57957
                                               MCSHANE & BRADY LLC
                                               1656 Washington, Suite 120
                                               Kansas City, Missouri 64108
                                               Telephone: 816.888.8010
                                               Facsimile: 816.332.6295
                                               mbrady@mcshanebradylaw.com
                                               lmcshane@mcshanebradylaw.com

                                               ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that the foregoing document was filed this 7th day of June, 2019, via the Court's ECF system, which shall send electronic notice of the filing to counsel of record.

                                               */s/ Brandon L. Corl*
                                               Attorney for Plaintiff