IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| K.A., by and through his Next Friend B.W. individually and o/b/o all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiff, | ) Case No. 18-00675-CV-W-ODS |
| vs. | )<br>) |
| CHILDREN'S MERCY HOSPITAL, | )<br>) |
| Defendant. | )<br>) |

<u>ORDER OF DISMISSAL WITHOUT PREJUDICE</u>

On September 30, 2019, the parties filed a joint stipulation of dismissal without prejudice. Doc. #48. Pursuant to the parties' stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the case is dismissed without prejudice.

IT IS SO ORDERED.

DATE: October 1, 2019

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT